```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :     ORDER
         - v. -                  :
                                 :     S1 21 CR 414 (KPF)
KWAME GARNETT,                   :
     a/k/a "Slim,"               :
ISAIAH SMITH,                    :
     a/k/a "Ice,"                :
     a/k/a "Ise,"                :
     a/k/a "Diamond,"            :
ANTHONY SMITH,                   :
     a/k/a "Tone,"               :
     a/k/a "Muff,"               :
ALAN VITTAR,                     :
     a/k/a "Jay,"                :
SADANE PARSONS,                  :
     a/k/a "Dan,"                :
     a/k/a "Black,"              :
DAQUAN GARNETT,                  :
     a/k/a "Day,"                :
LAKESHIA GARNETT,                :
     a/k/a "K,"                  :
     a/k/a "Keys,"               :
LUCIOUS GARNETT, and             :
DAVON HAWKINS,                   :
     a/k/a "D,"                  :
                                 :
              Defendants.        :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Thomas John Wright;

IT IS FOUND that the indictment in the above-captioned case is currently sealed and that the United States Attorney's Office has applied to have that indictment unsealed, it is therefore

ORDERED that the indictment in the above-captioned case be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         February 24, 2022

_____
THE HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK