UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 21 Cr. 414-2 (KPF) |
| KWAME GARNETT, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a bail review hearing in this matter on **Thursday, March 3, 2022, at 3:00 p.m.** The hearing will proceed by video. Access instructions will be provided to the parties in advance of the hearing.

SO ORDERED.

Dated:  March 1, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge