March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Kwame Garnett ,
        Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

S2 21 -CR- 414 (KPF)( )

Defendant __Kwame Garnett__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

_X_ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Kwame GARNETT
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Kwame Garnett**
Print Defendant's Name

_____
Defense Counsel's Signature

**Richard H. Rosenberg**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

3/3/2022
Date

_____
U.S. District Judge/U.S. Magistrate Judge