

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____
April 25, 2022

*Sent via ECF*

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



*Re: U.S. v. Lakeshia Garnett, 21 Cr. 414 (KPK)*

Your Honor:

    I write to respectfully request the Court excuse Ms. Garnett's presence at the upcoming status conference scheduled for Thursday, April 28, 2022, at 11a.m. so that my client may attend her grandmother's funeral. Ms. Garnett and the government consent to this application.

    For the Court's convenience, I have included a "So Ordered" line should the Court grant our request. Thank you for your time and consideration.

    Respectfully submitted,

    s/ Jacqueline E. Cistaro, Esq.

cc:    All counsel (*via ECF*)
       PTSO Mallori Brady (*via electronic mail*)
       PTSO Joshua Rothman (*via electronic mail*)

```
Application GRANTED.
```

SO ORDERED

*[signature: Katherine Polk Failla]*

Dated:  April 25, 2022
       New York, New York
       Honorable Katherine Polk Failla, U.S.D.J.