# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

April 27, 2022

Hon. Katherine Polk Failla  
United States District Court  
U.S. Courthouse  
40 Foley Square  
New York, NY 10007



      Re:  **United States v. Kwame Garnett, et al.**  
           **S2 21 Cr. 414 (KPF)**

Dear Judge Failla:

    This morning we were informed by the chaplain at Westchester County Jail that the funeral services for Mr. Garnett's grandmother will be held today (Wednesday, April 27) and that arrangements have been made for Mr. Garnett to attend remotely. Accordingly, we respectfully withdraw our application to excuse Mr. Garnett's appearance for tomorrow's conference.

    Thank you for your consideration and continued courtesies to counsel.

                                           Respectfully submitted,  
                                           _____/s/_____  
                                           Richard H. Rosenberg, Esq.

Cc:    All parties (by ECF)

The Court is in receipt of Defendant Kwame Garnett's April 26, 2022 letter (Dkt. #86) and his above letter. For the reasons stated above, the Court understands Mr. Garnett's earlier request to be moot. The Court further expects that the Westchester County Jail will facilitate Mr. Garnett's virtual attendance of the funeral services. Lastly, the Court extends its condolences to Mr. Garnett.

The Clerk of Court is directed to terminate the motions at docket entries 86 and 89.

Dated: April 27, 2022
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE