

**LAW OFFICES OF JACQUELINE E. CISTARO**

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 · E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

May 5, 2022

*Sent via ECF*

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



*Re: U.S. v. Lakeshia Garnett, 21 Cr. 414 (KPK)*

Your Honor:

    I write to respectfully request a temporary modification of Lakeshia Garnett's bond conditions. Ms. Garnett is currently on home detention with electronic monitoring and resides in Long Island, NY. We request that Ms. Garnett be permitted to visit the graves of her mother and grandmother on Mother's Day. Pretrial Services and the government consent to this request.

    On May 8, 2022, at 11:00a.m., Ms. Garnett would leave her residence in Long Island, NY and travel to St. Raymond's Cemetery, 2600 Lafayette Ave., Bronx, NY 10465. She would return to her residence by 2p.m.

    For the Court's convenience, I have included a "So Ordered" line should the Court grant our request. Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

cc:    All counsel (*via ECF*)
       PTSO Mallori Brady (*via electronic mail*)
       PTSO Joshua Rothman (*via electronic mail*)

```
The Clerk of Court is directed to terminate the motion at docket entry
91.
```

SO ORDERED

```
Dated:  May 6, 2022
        New York, New York
```

_____
Honorable Katherine Polk Failla, U.S.D.J.