

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com
_____

August 10, 2022

**Sent via ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



*Re:* U.S. v. Lakeshia Garnett, 21 Cr. 414 (KPF)

Your Honor:

    I represent Lakeshia Garnett in the above-captioned matter, which is scheduled for a status conference on August 11, 2022 at 11a.m.  We write to respectfully request that Ms. Garnett be excused from the conference as she has a scheduled medical procedure.  The government consents to this request.

    Thank you for your time and consideration.

                                    Respectfully submitted,

                                    s/ Jacqueline E. Cistaro, Esq.

cc:     All Counsel

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket
entry 107.                      SO ORDERED.



Dated:  August 11, 2022
        New York, New York
                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE
```