UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>DAVON HAWKINS, KWAME GARNETT, ISAIAH SMITH, ANTHONY SMITH, ALAN VITTAR, SADANE PARSONS, DAQUAN GARNETT, LAKESHIA GARNETT, and LUCIOUS GARNETT,<br><br>Defendants. | 21 Cr. 414 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following pre-trial briefing and trial schedule will be in effect in this case:

- Defendants' pre-trial motions, if any, will be due **January 9, 2023**; the Government's consolidated opposition, if any, will be due **January 23, 2023**; and Defendants' reply briefs, if any, will be due **January 30, 2023**. The Court will hold an evidentiary hearing and oral argument, if appropriate, on **February 8, 2023, at 3:00 p.m.**

- Trial will commence on **July 10, 2023, at 9:00 a.m.**;

- The parties' respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **June 12, 2023**;

- Any opposition papers to motions *in limine* will be due **June 19, 2023**; and

- The final pretrial conference will be scheduled for **June 28, 2023, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: August 11, 2022
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge