# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

January 23, 2023

Hon. Katherine Polk Failla  
United States District Court Judge  
United States Courthouse  
500 Pearl Street  
New York, New York 10007



Re: United States v. Hawkins, et  
21 Cr. 414 (KPF)

Dear Judge Failla:

I am the CJA attorney representing **Kwami Garnett** in the above-referenced matter. I write to respectfully request permission for me and associate counsel Clara Kalhous to submit interim CJA vouchers for services performed thus far in this case. The granting of this application would assist counsel in the management of their practices.

Thank you for your consideration to this request and your continued courtesies to counsel.

Very sincerely,

Richard H. Rosenberg.

Application GRANTED. The Clerk of Court is directed to terminate the motion at docket entry 148.

SO ORDERED.

Dated:   January 23, 2023  
         New York, New York

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE