UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>KWAME GARNETT,<br><br>Defendant. | 21 Cr. 414-2 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Mr. Kwame Garnett suffers from a painful chronic musculoskeletal condition that is treated with weekly shots and requires him to use a cane for mobility. The Court understands that since Mr. Garnett arrived at the Hudson County Jail earlier this month, he has been deprived of his cane and has not received any medical treatment.

The Warden of the Hudson County Jail is hereby ORDERED to produce Mr. Garnett for an examination by a licensed medical professional (either a doctor or a nurse practitioner) as soon as practicable, and no later than **May 3, 2023**. Also by that date, the jail shall provide Mr. Garnett with his cane and all necessary medical treatment, including his weekly shots.

The Government is ORDERED to transmit a copy of this Order to the relevant officials at the Hudson County Jail.

SO ORDERED.

Dated:  April 27, 2023
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge