# Richard H. Rosenberg
### Attorney at Law

217 Broadway  
Suite 707  
New York, New York 10007

Tel: 212-586-3838  
Fax: 212-962-5037  
richrosenberg@msn.com

June 29, 2023

Hon. Katherine Polk Failla  
United States District Court Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007



Re:  United States v. Garnett, et al.  
21 Cr. 414 (KPF)

Dear Judge Failla:

     I am the assigned CJA counsel for defendant **Kwame Garnett** in the above-referenced matter.

     On March 15, 2022, Your Honor granted my request to appoint Clara S. Kalhous as associate counsel to assist in Mr. Garnett's defense for an initial 50 hours at $110 per hour. See Docket No. 65. The Court granted leave to request additional funding should the need arise. *Id.*

     In the intervening months, Ms. Kalhous assisted in all aspects of the case including discovery review, meetings with the client, and plea negotiations with the Government. The plea negotiations proved extensive and required several research sessions, multiple telephone calls with the AUSA on the case, as well as a meeting with supervisors in the United States Attorney's Office. In addition, Mr. Garnett's medical situation required more phone calls and intervention than had been anticipated at the beginning of the case.

     For all of these reasons, Ms. Kalhous exceeded the 50 hours for which she was originally appointed, spending a total of 68.1 hours on Mr. Garnett's case.

     Because Ms. Kalhous' work on Mr. Garnett's case was performed at my direction and request with regard only for the needs of the client, I respectfully ask the Court to approve these

additional 18.1 hours *nunc pro tunc* to permit Ms. Kalhous to be compensated in full for her services.

  Thank you for your consideration and courtesies to counsel.

Respectfully,<br>
____/s/_____<br>
Richard H. Rosenberg

```
Application GRANTED.  The Clerk of Court is directed to
terminate the motion at docket entry 221.



Dated:    June 30, 2023                SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE